IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

**EMORY UNIVERSITY, INC., et al.,**

  **Plaintiffs,**

**v.**

**NEUROCARE, INC.,**

  **Defendant.**

**CIVIL ACTION FILE**

**No. 1:17-CV-1721-SCJ**

## ORDER ADMINISTRATIVELY CLOSING CASE

Having been advised that the parties were able to reach a settlement in this matter and it appearing that the formal documentation of the settlement has not been completed (Doc. No. [79]), it is not necessary that the action remain on the Court's active docket or calendar. Therefore, the Clerk is **DIRECTED to ADMINISTRATIVELY TERMINATE** this civil action as well as the pending motions at Doc. Nos. [63] and [66]. If settlement is not finalized within **SIXTY DAYS** of the entry of this Order, either Party may file a motion to reopen this civil action immediately at the conclusion of the sixty days. It is further

**ORDERED** that the Court retains jurisdiction to vacate this order and to reopen this action, if necessary.

**IT IS SO ORDERED** this 2nd day of November, 2021.

s/Steve C. Jones
**HONORABLE STEVE C. JONES**
**UNITED STATES DISTRICT JUDGE**
